George H. WILEY, Plaintiff—
Appellant,

v.

Gordon R. ENGLAND, United
States Department of Navy,
Defendant—Appellee.

No. 04–16376.

D.C. No. CV–02–03106–JSW.

United States Court of Appeals,
Ninth Circuit.

Submitted Aug. 1, 2005.*

Decided Aug. 5, 2005.

George H. Wiley, Vallejo, CA, pro se.

Owen P. Martikan, USSF—Office of the
U.S. Attorney, San Francisco, CA, for De-
fendant–Appellee.

Before O'SCANNLAIN, CALLAHAN,
and BEA, Circuit Judges.

## MEMORANDUM**

George H. Wiley appeals pro se the
district court's summary judgment in favor
of defendant in his Title VII action alleg-
ing that the Navy withdrew a provisional
offer of temporary employment due to his
race and in retaliation for the involvement
of the Equal Employment Opportunity
Commission in a prior case. We have
jurisdiction pursuant to 28 U.S.C. § 1291.
We review de novo, *Delta Sav. Bank v.
United States,* 265 F.3d 1017, 1021 (9th
Cir.2001), and we affirm.

The district court properly granted sum-
mary judgment to defendant because the
decision to rescind the employment offer
to Wiley was made based on security
clearance issues and judicial review of such
decisions is precluded. *See Brazil v. Unit-
ed States Dep't of Navy,* 66 F.3d 193, 196
(9th Cir.1995).

Wiley's contention that the denial of se-
curity clearance was a pretext for discrimi-
nation is unavailing. *See Sprewell v. Gold-
en State Warriors,* 266 F.3d 979, 988 (9th

---

* The panel unanimously finds this case suitable
for decision without oral argument. *See* Fed.
R.App. P. 34(a)(2).

** This disposition is not appropriate for publi-
cation and may not be cited to or by the
courts of this circuit except as provided by
Ninth Circuit Rule 36–3.

Cir.2001) (this Court need not "accept as true allegations that are merely conclusory, unwarranted deductions of fact, or unreasonable inferences").

**AFFIRMED.**